Cite as 2021 Ark. App. 196

# ARKANSAS COURT OF APPEALS
DIVISION IV
**No.** CV-20-200

| | |
|---|---|
| MACI LYNN DICKSON | **Opinion Delivered:** April 28, 2021 |
| APPELLANT | APPEAL FROM THE BENTON COUNTY CIRCUIT COURT |
| V. | [NO. 04DR-19-1373] |
| ISAAC FRANKLIN COOK | HONORABLE JOHN R. SCOTT, JUDGE |
| APPELLEE | |
| | APPEAL DISMISSED |

**STEPHANIE POTTER BARRETT, Judge**

Appellant Maci Dickson appeals the Benton County Circuit Court's dismissal of her complaint for divorce against appellee Isaac Cook. Appellant filed a complaint for divorce from a covenant marriage under Arkansas Code Annotated § 9-11-808(a)(4) (Repl. 2020). Appellee filed a motion to dismiss, alleging that the parties had not been separated a sufficient length of time to satisfy Arkansas Code Annotated § 9-11-808(5)(B)(i). The circuit court granted the motion to dismiss, and Dickson appeals.

However, during the pendency of the appeal, the appellant filed a new, independent complaint for divorce in Benton County Circuit Court Case No. 04-DR-20-1181-4. That divorce was granted on September 3, 2020. To determine this issue in this case would be the equivalent of issuing an advisory opinion, which our courts are prohibited from doing. *Waldrip v. Davis*, 40 Ark. App. 25, 842 S.W.2d 49 (1992). Since the resolution of the

appellant's issue would have no effect on the instant case and since we do not issue advisory opinions, we dismiss the appeal.

Appeal dismissed.

GLADWIN and HIXSON, JJ., agree.

*Rhoads & Armstrong, PLLC*, by: *Mary Goff*, for appellant.

*Bailey and Oliver Law Firm*, by: *Charles W. Pearce*, for appellee.